UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIGEL FREDRICKS,

                      Petitioner,

-against-                                      24 **CIVIL** 8728 (LLS)

## **JUDGMENT**

SUPERINTENDENT OF GREEN HAVEN,

                      Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2025, Petitioner's application for a writ of *habeas corpus* under 28 U.S.C. § 2254 is denied without prejudice to his filing an amended petition.

**Dated:** New York, New York

      November 13, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                      **BY:**           *K. Mango*

                                                         **Deputy Clerk**