UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDERICKS,

                          Petitioner,

                -against-

SUPERINTENDENT OF GREEN HAVEN C.F.,

                          Respondent.

24-CV-8728 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Petitioner's application for a writ of *habeas corpus* under 28 U.S.C. § 2254 was denied for the reasons detailed in the Court's July 21, 2025 order. Specifically, the Court held that Petitioner had not exhausted his state court remedies before filing this Section 2254. The Court provided Petitioner 90 days to file an amended petition to show that he had exhausted these state court remedies. Petitioner did not file an amended petitioner, and on November 13, 2025, the Clerk of Court entered a civil judgment in this action. Thus, because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253.

SO ORDERED.

Dated:    January 14, 2026
          New York, New York

                                                    _Louis L. Stanton_
                                                    Louis L. Stanton
                                                    U.S.D.J.